■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL TAFFINDER, Appellant. [864 NYS2d 379]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Suffolk County (Mullen, J.), imposed February 28, 2002, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Skelos, J.P., Florio, Carni and Leventhal, JJ., concur.